# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JODIE HANSEN,<br><br>     Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON and COMPANY, and BRIAN GADOWSKI,<br><br>     Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>(REMOVED FROM JOHNSON COUNTY, IOWA; CASE NO. LACV084807) |

Under 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Becton, Dickinson and Company ("BD"), and Brian Gadowski ("Gadowski") (collectively "Defendants") remove to the United States District Court for the Southern District of Iowa, Eastern Division, the action entitled *Jodie Hansen v. Becton, Dickinson and Company, and Brian Gadowski*, Case. No. LACV084807, which is currently pending in the District Court of Johnson County, Iowa.

As grounds for removal, Defendants state as follows:

1.      Plaintiff Jodie Hansen ("Plaintiff") sued Defendants by filing her state-court Petition on November 7, 2023, in the District Court of Johnson County (the "Petition"). Defendants accepted service and executed an Acknowledgement of Service on November 27, 2023. As required under § 1446(a) and Local Rule 81, copies of all process, pleadings, and orders served on Defendants are attached hereto Exhibit A.

2.      No further proceedings have been had in this action, nor have any other processes, pleadings, or orders been served on Defendants.

3. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 (diversity) and which may be removed to this Court by Defendant pursuant to 28 U.S.C. §§§ 1441(b).

4. Under 28 U.S.C. §§ 1441 and 1446, removal is timely if it is filed within 30 days after a defendant is served with a summons and the initial pleading. Defendants are timely filing this removal.

### DIVERSITY OF CITIZENSHIP

5. This court has diversity jurisdiction over this case under 28 U.S.C. § 1332, which requires that the parties be citizens of different states and that the amount in controversy exceed $75,000.

6. Plaintiff is a citizen of and resident of Iowa. (Petition ¶8.)

7. Defendant BD is a company organized under the laws of New Jersey, with its principal place of business in New Jersey.

8. Defendant Gadowski is a citizen of and resident of South Carolina. (*Id*. ¶10.)

9. Therefore, complete diversity exists between the named parties under 28 U.S.C. § 1332, as Defendants are not citizens of the same state as Plaintiff.

### AMOUNT IN CONTROVERSY

10. The standard for determining whether Plaintiff's claims meet the amount in controversy is whether the Court finds, by a preponderance of the evidence, that the amount in controversy is greater than $75,000. 28 U.S.C. § 1446(c)(2)(B).

11. Courts generally may consider actual, compensatory, punitive damages, and

attorney's fees in determining whether the amount in controversy exceeds $75,000. *See Allison v. Sec. Ben. Life Co.*, 980 F.2d 1213, 1215 (8th Cir. 1992); *Capital Indem. Corp. v. Miles*, 978 F.2d 437, 438 (8th Cir. 1992); *see also* 28 U.S.C. § 1446(c)(2)(A)(i).

12. Although Plaintiff's Petition does not allege a specific amount of total damages sought, Defendants believe in good faith (without any admission as to the merits of Plaintiff's allegations) that the total amount in controversy exceeds the jurisdictional amount of $75,000 set forth in 28 U.S.C. § 1332(a) based upon the allegations in her Petition as discussed in turn below.

13. Here, Plaintiff's alleged damages include, "compensatory damages, lost earnings and benefits with pre-judgment interest, compensation for past and future mental and emotional harm and anguish, attorney's fees and costs, and such additional and further relief as is just and proper." (Petition at "WHEREFORE" Clause.) Although Defendants vigorously oppose Plaintiff's claimed entitlement to back and front pay, these alleged damages alone exceed the $75,000 jurisdictional threshold.

14. Although Defendants neither concede liability nor the propriety or breadth of the alleged claims and vehemently deny Plaintiff's claimed entitlement to attorney's fees and costs, it is apparent from Plaintiff's Petition that the amount in controversy exceeds $75,000. Claimed attorney's fees must be considered when determining whether the amount in controversy exceeds $75,000. *See, e.g., Feller v. Hartford Life & Acc. Ins. Co.*, 817 F. Supp. 2d 1097, 1101 (S.D. Iowa 2010) (holding that attorneys' fees are properly included in the amount in controversy calculation).

15. Moreover, to the extent Plaintiff seeks recovery for claimed entitlement to emotional distress and punitive damages (which Defendants vehemently deny), those allegations by Plaintiff further confirm that the amount in controversy exceeds $75,000. *See, e.g., Wiemers v. Good Samaritan Soc'y*, 212 F. Supp. 2d 1042, 1045 (N.D. Iowa 2002) (holding that alleged emotional distress and punitive damages were properly considered as part of the "amount in controversy" for removal purposes).

16. Thus, Plaintiff's Petition seeks more than $75,000, which satisfies the amount in controversy requirement set forth in 28 U.S.C. § 1332(a). This Court has diversity jurisdiction because the parties are diverse and the amount in controversy exceeds $75,000.

17. Under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(a), the United States District Court for the Southern District of Iowa, Eastern Division, is the appropriate court for removing an action from Johnson County District Court where this action was commenced.

18. Additionally, on the same date as this notice was signed, Defendants filed a copy of this Notice of Removal with the Clerk of the District Court of Johnson County, Iowa (*see* Exhibit B – Notice of Filing of Notice of Removal), the district in which this action was commenced and pending at the time this Notice of Removal was filed with this Court.

19. Consistent with Local Rule 81, Defendants provide a list of all matters

pending in state court that will require resolution by this Court (*see* Exhibit C – List of Matters Pending in State Court). Specifically, *Jodie Hansen v. Becton, Dickinson and Company, and Brian Gadowski*, Case. No. LACV084807, is currently pending in the District Court for Johnson County, Iowa.

20. Consistent with Local Rule 81, Defendants provide the names of counsel and the law firms that have appeared in the state court action, with their office addresses, telephone numbers, facsimile numbers, and email addresses, and the names of the parties they represent (*see* Exhibit D – List of Counsel). Specifically, Plaintiff is represented by Roxanne Conlin, Esq. and Tyler Adams, Esq., Roxanne Conlin & Associates, P.C., 3721 SW 61st Street, Suite C, Des Moines, Iowa 50321, telephone: (515) 283-1111, facsimile: (515) 282-0477, and email: roxanne@roxanneconlinlaw.com and tadams@roxanneconlinlaw.com. Defendants are represented by Brent Kettelkamp, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 225 South Sixth Street, Suite 1800, Minneapolis, MN 55402, telephone: (612) 336-6850, email: brent.kettelkamp@ogletree.com.

**ACCORDINGLY,** Defendants respectfully request that the above-entitled action now commenced against them in the District Court of Johnson County, Iowa be removed to this Court.

5

|  |  |
|---|---|
|  | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.** |
| Dated: <u>December 14, 2023</u> | <u>*/s/Brent D. Kettelkamp*</u><br>Brent D. Kettelkamp (#AT0014305)<br>Capella Tower, Suite 1800<br>225 South Sixth Street<br>Minneapolis, MN 55402<br>612.336.6850<br>612.339.0061 (Facsimile)<br>brent.kettelkamp@ogletree.com<br><br>**Attorney for Defendants** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>December 14, 2023</u>, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Roxanne Conlin, Esq.
Tyler Adams, Esq.
Roxanne Conlin & Associates, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA  50321
roxanne@roxanneconlinlaw.com
tadams@roxanneconlinlaw.com
***Attorney for Plaintiff***

                                          */s/ Brent D. Kettelkamp*
                                          ***Attorney for Defendants***

48843729.1